# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DEMETRIUS JOHNSON,** )<br>)<br>**Defendant.** ) | **8:08CR136**<br><br>**ORDER** |

This matter is before the court on the motion [13] of James J. Regan for leave to withdraw as counsel for the defendant. Substitute counsel, Eric L. Whitner, has entered an entry of appearance [12].

**IT IS ORDERED:**

1. The Motion to Withdraw [13] is granted, and the appearance of James J. Regan is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [8] remain in effect.

**DATED April 1, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**