IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR136 |
| vs. | ) | |
| | ) | ORDER |
| DEMETRIUS JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for a 30-day extension of time in which to file pretrial motions [18]. Defendant has filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3. Upon review of the file, the court finds that a two-week extension should be granted.

**IT IS ORDERED** that the motion [18] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to **April 30, 2008**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 15, 2008 and April 30, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED April 16, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge